NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY F. PETOSKEY,**

*Petitioner*

**v.**

**VA HOSPITAL - PUGET SOUND,**

*Respondent*

---

2024-2027

---

Petition for review of an arbitrator's decision in No. FMCS 230308-04082 by arbitrator.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                    PETOSKEY V. VA HOSPITAL - PUGET SOUND

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

October 21, 2024
Date

Jarrett B. Perlow
Clerk of Court